FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2008 MAR 27 P 4: 18

CLERK _____
S.D. DIST. OF GA.

# In the United States District Court
# for the Southern District of Georgia
## Brunswick Division

UNITED STATES OF AMERICA,     :        CRIMINAL ACTION

v.                       :

COMMIE LEE SPEAD, III,      :

      Defendant.         :         NO. CR200-56

## O R D E R

Upon consideration of the motion filed by Defendant to reconsider the denial of his motion to modify sentence pursuant to 18 U.S.C. § 3582(c)(2) and the government's response thereto, the motion to reconsider is **DENIED**.

**SO ORDERED**, this _27_ day of March, 2008.

_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)